UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON

February 7, 2022
DATE OF PROCEEDINGS

CHIEF JUDGE FREDA L. WOLFON	Docket #3:22-cr-89-01(FLW)

TITLE OF CASE:

UNITED STATES OF AMERICA
             v.
BRIA N J. CRANN

APPEARANCES:

Alexander Ramey, AUSA & Michelle Gasparian, AUSA for Government.
Lisa Van Hoeck, AFPD for Defendant
Robert Hyde and Steven Casale, U.S. Pretrial Services

NATURE OF PROCEEDINGS:	CONFERENCE CALL

Telephone Conference Call Held.   Not on the record.
Court ordered the stay ordered entered on February 4, 2022, in Mg. 22-6014(DEA) be extended to the close of business on February 10, 2022. Order to be filed.

Time commenced: 12:00 P.M.
Time Adjourned:   12:15 P.M.
Total Time: 15 Minutes

*s/Jacqueline Merrigan*
DEPUTY CLERK